MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

FILED

08 JUL -7 PM 12: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

James P. Sogotis aka Jim P. Sogotis

    Defendant(s).

NO. C07-4570 SLM

REQUEST TO ENTER DEFAULT

To:    Richard W. Wieking, Clerk
        United States District Court
        Northern District of California

    PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: June 26, 2008    By: _____
                                    MICHAEL COSENTINO
                                    Attorney for Plaintiff